# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 5:20-mj-00053-JLT |
| Plaintiff, ) | ORDER THAT CASH BOND BE TRANSFERRED TO THE SOUTHERN DISTRICT OF GEORGIA |
| v. ) | |
| OMAR ALEJANDRO GONZALEZ, ) | |
| Defendant. ) | |

On December 17, 2020, the Court release defendant Omar Alejandro Gonzalez with conditions, including a $5,000.00 cash bond. The Court ordered him to report to the United States District Court, Southern District of Georgia, for further proceedings.  On December 18, 2020, the Court transferred relevant documents to the Southern District of Georgia. (Doc. 21) On December 21, 2020, a cash bond in the amount of $5,000.00 was posted as to defendant Omar Alejandro Gonzalez. Given that Mr. Gonzalez's case is now pending before the Southern District of Georgia, the Court ORDERS the Clerk of Court to transfer the $5,000.00 cash bond to the Southern District of Georgia.

IT IS SO ORDERED.

Dated:   **January 12, 2021**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE